2008 MAY 19 AM 10:30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1562

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Mag. Case Number: KNH |
| v. | ) | **COMPLAINT FOR VIOLATION OF** |
| RIVERA-Esquer, Jonathan Defendant, | ) | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about May 17, 2008, within the Southern District of California, Jonathan Fernando RIVERA-Esquer, did knowingly and intentionally import approximately 17.50 kilograms of methamphetamine, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SERGIO S. LOPEZ
SPECIAL AGENT
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,
CUSTOMS INVESTIGATIONS

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19 DAY OF MAY, 2008.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 17, 2008, at approximately 3:55 PM, Jonathan Fernando RIVERA-Esquer entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Ysidro, California. RIVERA was the driver and sole occupant of a brown 1998 Saturn SL2 bearing Baja California (BC), México license plates AHW3661. During primary inspections, RIVERA applied for admission to a Customs and Border Protection (CBP) Officer by presenting his border crossing card, with foil number (TJN000213696). RIVERA gave a two time negative declaration to the CBP Officer and claimed he had barrowed the vehicle from a friend with the only purpose to buy Gatorades at a Wal-Mart store in Chula Vista, California. RIVERA also presented a laminated BC, vehicle registration with the name of Zatarain, Edgar Omar. The CBP Officer noticed that RIVERA hand was shaking when he asked him to turn off the vehicle ignition and to hand him over the vehicle keys. The Officer also noticed that RIVERA's eyes began to get watery. The Officer conducted a vehicle inspection and noticed that parts of the rear bumper had been glued together. After a closer inspection, the Officer found hidden packages in the rear bumper. RIVERA was then told to place his hands on the steering wheel and handcuffed. The Officer then escorted RIVERA to the security office where the Officer conducted a pat down. The vehicle was taken to the secondary area for further inspection.

A CBP Canine Officer utilized their Narcotic Detector Dog (NDD) to screen the 1998 Saturn SL2 while in the secondary area. The NDD alerted to the presence of a narcotic odor on the vehicle's rear bumper.

A total of 16 packages containing approximately 17.50 kilograms of Methamphetamine were found concealed within a non-factory compartment in the rear bumper, right fender and left rear door. A presumptive test of one of the packages revealed a positive reaction to the presence of Methamphetamine. The CBP Officer then referred RIVERA and the vehicle to the secondary area for further inspection.

Post Miranda, RIVERA admitted knowledge to the presence of Methamphetamine secreted within the vehicle and to be paid $1,000 USD for the safe delivery of the narcotics to KFC restaurant located at E. San Ysidro Blvd, San Ysidro, California.

RIVERA was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.