FILED

JUN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JONATHAN FERNANDO RIVERA-ESQUER, Defendant. | Criminal Case No. '08 CR 1992 BEN<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine(Felony) |

The United States Attorney charges:

On or about May 17, 2008, within the Southern District of California, defendant JONATHAN FERNANDO RIVERA-ESQUER, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 17.50 kilograms (38.50 pounds) of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
5/22/08